IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TOBY WEAVER and WING AND
PRAYER TRANSPORT, LLC                                                                                         PLAINTIFFS

v.                                       Case No. 4:22-cv-4124

FLEETPRIDE, INC.                                                                                                  DEFENDANT

**<u>ORDER</u>**

Before the Court is Defendant FleetPride, Inc.'s Motion to Dismiss. ECF No. 10. Defendant moves to dismiss Plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). Defendant argues that the Court lacks subject matter jurisdiction under 28 U.S.C. § 1332 because there is not complete diversity of citizenship between the parties. ECF No. 11, p. 4-7. Defendant contends that both it and Plaintiff Wing and Prayer Transport, LLC are citizens of Texas. Therefore, Defendant concludes that the Court lacks subject matter jurisdiction for Plaintiffs' claims and that this matter must be dismissed. Plaintiffs responded in support of the instant motion, conceding that there is not complete diversity between the parties and that the Court does not have subject matter jurisdiction over their claims. ECF No. 15.

The Court finds that good cause for the instant motion has been shown. Plaintiffs' complaint alleged subject matter jurisdiction in this Court pursuant to 28 U.S.C. § 1332. ECF No. 2, p. 1. Subject matter jurisdiction pursuant to § 1332 requires that the civil action be between "citizens of different States." 28 U.S.C. § 1332(a)(1). Defendants have demonstrated, and Plaintiff has conceded, that there is not complete diversity of citizenship between the parties. Accordingly, this matter must be dismissed for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a)(1); *and see Robins v. Ritchie*, 631 F.3d 919, 924 (8th Cir. 2011) (subject matter

jurisdiction cannot be waived and a federal court must dismiss a case whenever it determines it lacks subject matter jurisdiction).

For the reasons stated above, Defendant's Motion to Dismiss (ECF No. 10) is hereby **GRANTED**. This case is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS SO ORDERED**, this 26th day of April, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge
